FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW M RICHMOND, a Washington Resident,<br><br>Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY, WASHINGTON, a Washington State County,<br><br>Defendant. | No. 2:21-cv-00129-SMJ<br><br>**ORDER ADOPTING RULE 35 STIPULATION** |

Before the Court is the parties' Stipulated Motion for a FRCP 35 Exam, ECF No. 72, and related Motion to Expedite, ECF No. 71. The parties have stipulated that Plaintiff Andrew Richmond will submit to a Federal Rule of Civil Procedure 35 examination, consistent with the limits set forth in the parties' stipulation. Having reviewed the relevant record, the Court is fully informed and grants the motions.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for a FRCP 35 Exam, **ECF No. 72**, is **GRANTED**, **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order.

ORDER ADOPTING RULE 35 STIPULATION – 1

2. The parties' Stipulated Motion to Expedite Hearing on Stipulated Motion for FRCP 35 Exam, **ECF No. 71**, is **GRANTED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 25th day of April 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge