Heather C. Barden, WSBA #49316
Barden & Barden PLLC
P.O. Box 8663
Spokane, WA 99203
509.315.8089 (P)
509.381.2159 (F)
heather@bardenandbarden.net
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW M. RICHMOND, a Washington Resident,<br><br>　　Plaintiff,<br><br>　v.<br><br>SPOKANE COUNTY, a Washington State County<br><br>　　Defendant. | No. 2:21-cv-00129-SMJ<br><br>**NOTICE OF UNAVAILABILITY** |

**TO: ALL COUNSEL, PARTIES, and THE COURT**

You are notified that attorney for the Plaintiff, Heather C. Barden, will be unavailable to respond to motions, discovery, or any other proceeding in the above-captioned matter from August 22, 2022 to August 29, 2022.

Please schedule any motions, discovery, or other proceedings regarding this matter outside of this period of unavailability.

NOTICE OF UNAVAILABILITY: 1

Dated this 29th day of July, 2022

                                          s/ *Heather C. Barden*
                                          Heather C. Barden, WSBA #49316
                                          Barden & Barden PLLC
                                          heather@bardenandbarden.net
                                          Phone 509-315-8089
                                          Fax 509-381-2159

NOTICE OF UNAVAILABILITY: 2