Michael T. Kitson, WSBA No. 41681
Sean D. Jackson, WSBA No. 33615
Riley R. Moyer, WSBA No. 56243
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
Facsimile:  206.223.7107
kitsonm@lanepowell.com
jacksons@lanepowell.com
moyerr@lanepowell.com
Attorneys for Defendant, Spokane County

HONORABLE SALVADOR MENDOZA JR.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| ANDREW M. RICHMOND, a Washington Resident,<br><br>Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY, WASHINGTON, a Washington State County,<br><br>Defendant. | No.  2:21-cv-00129-SMJ<br><br>**DEFENDANT'S TRIAL WITNESS AND EXHIBIT LISTS** |

Pursuant to the Court's original Scheduling Order (ECF No. 13) and the Amended Scheduling Order (ECF No. 70), Defendant Spokane County ("Defendant"), by and through its counsel of record, identifies the following witnesses and exhibits for use at trial in the above-captioned lawsuit.

**FACT WITNESSES**

Defendant hereby discloses the following fact witnesses who may be called to testify on its behalf.

**A.** Deputy Krystal Bitzer

Ms. Bitzer is a deputy in the Spokane County Sheriff's Office. She may testify regarding the Air Support Unit selection process and interactions with Plaintiff and

DEFENDANT'S REPLY ISO MOTION FOR SUMMARY JUDGMENT - 1
CASE NO. 2:21-cv-00129-SMJ
132724.0005/9066860.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Jeffrey Thurman. At this time, Defendant is not aware of any scheduling conflicts for Deputy Bitzer during the currently scheduled trial dates.

### B. Sergeant Pat Bloomer

Mr. Bloomer is a Sergeant in the Spokane County Sheriff's Office. He may testify regarding the ASU selection process and interactions with Plaintiff. At this time, Defendant is not aware of any scheduling conflicts for Sergeant Bloomer during the currently scheduled trial dates.

### C. Lieutenant Andrew Buell

Mr. Buell is a Lieutenant with the Spokane County Sheriff's Office. He may testify regarding Plaintiff's reporting of improper conduct by Jeffrey Thurman and his experiences working with Plaintiff. He may also testify regarding his recommendation of Plaintiff for the Safe Streets Task Force. At this time, Defendant is not aware of any scheduling conflicts for Lieutenant Buell during the currently scheduled trial dates.

### D. Sgt. Justin Elliot

Mr. Elliot is a Sergeant with the Spokane County Sheriff's Office. He may testify regarding Plaintiff's reporting improper conduct by Jeffrey Thurman and his experiences working with Plaintiff. Sergeant Elliott is not available October 12-14 because he is instructing a class outside the Spokane area, but is otherwise available during the currently scheduled trial dates.

### E. Tim Hines

Mr. Hines is a former Sergeant with Spokane County Sheriff's Office. He may testify regarding the internal affairs investigation performed regarding Plaintiff's allegations and interactions he had with Plaintiff. Sergeant Hines is currently scheduled to be out of the state from October 11-18, but is otherwise available during the currently scheduled trial dates.

DEFENDANT'S REPLY ISO MOTION FOR
SUMMARY JUDGMENT - 2
CASE NO. 2:21-cv-00129-SMJ
132724.0005/9066860.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

**F.     Sheriff Ozzie Knezovich**

Sheriff Knezovich may testify regarding Plaintiff's claims, including but not limited to, his review of the internal affairs investigation, his findings related to the investigation, and his supervision of Plaintiff and the Spokane County Sheriff's Office as a whole. At this time, Defendant is not aware of any scheduling conflicts for Sheriff Knezovich during the currently scheduled trial dates.

**G.     Undersheriff Michael Kittilstved**

Mr. Kittilstved is an Undersheriff in the Spokane County Sheriff's Office. He was involved in selection process for the Safe Streets Task Force and may testify about the position offered to Plaintiff and his interactions with Plaintiff. At this time, Defendant is not aware of any scheduling conflicts for Undersheriff Kittilstved during the currently scheduled trial dates.

**H.     Deputy Daniel Knight**

Mr. Knight is a Deputy in the Spokane County Sheriff's Office. He may testify regarding the ASU selection process for the position Plaintiff applied for. At this time, Defendant is not aware of any scheduling conflicts for Deputy Knight during the currently scheduled trial dates.

**I.     Matthew Lyons**

Mr. Lyons is a former Inspector at the Spokane County Sheriff's Office. He may testify regarding the internal affairs investigation, his observations of and interactions with Plaintiff and Jeffrey Thurman, and the allegations of discrimination and retaliation by Plaintiff. At this time, Defendant is not aware of any scheduling conflicts for Mr. Lyons during the currently scheduled trial dates.

**J.     Undersheriff John Nowels**

Mr. Nowels is an Undersheriff with the Spokane County Sheriff's Office. He may testify regarding the internal affairs investigation, practices of the Spokane County Sheriff's Office, and his interactions with Plaintiff. Undersheriff Nowels is scheduled

DEFENDANT'S REPLY ISO MOTION FOR
SUMMARY JUDGMENT - 3
CASE NO. 2:21-cv-00129-SMJ
132724.0005/9066860.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

to be out of town at a conference from October 14-19, but is otherwise available during the currently scheduled trial dates.

**K.** Asst. Chief Kevin Richey

Mr. Richey is the Assistant Chief for the Spokane Valley Police Department and the former President of the DSA. He may be asked to testify regarding Plaintiff's reporting improper conduct by Jeffrey Thurman and alleged discrimination in the ASU selection process, the internal affairs investigation, his interactions with Plaintiff, and his involvement in the union. Assistant Chief Richey is scheduled out of town between October 15-19, but is otherwise available during the currently scheduled trial dates.

**L.** Andrew Richmond

Mr. Richmond is the plaintiff in this matter.

**M.** Damon Simmons

Mr. Simmons is a former Sergeant with the Spokane County Sheriff's Office. He may testify regarding Plaintiff's reporting improper conduct by Jeffrey Thurman and about his interactions with Plaintiff. At this time, Defendant is not aware of any scheduling conflicts for Mr. Simmons during the currently scheduled trial dates.

**N.** Sergeant Randy Watts

Mr. Watts is a Sergeant with the Spokane County Sheriff's Office. He may testify regarding information provided to him by Plaintiff and his observations of both Andrew Richmond and Jeffrey Thurman. At this time, Defendant is not aware of any scheduling conflicts for Sergeant Watts during the currently scheduled trial dates.

**O.** Mark Werner

Mr. Werner is a former Undersheriff with the Spokane County Sheriff's Office. He may testify regarding his observations of and interactions with both Plaintiff and Jeffrey Thurman and Plaintiff's allegations of discrimination and retaliation. At this time, Defendant is not aware of any scheduling conflicts for Mr. Werner during the currently scheduled trial dates.

DEFENDANT'S REPLY ISO MOTION FOR
SUMMARY JUDGMENT - 4
CASE NO. 2:21-cv-00129-SMJ
132724.0005/9066860.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

# EXPERT WITNESSES

Defendant hereby discloses the following expert witnesses who may be called to testify on its behalf.

### A. Arik Van Zandt

Mr. Van Zandt, may be called upon to testify about Plaintiff's alleged economic damages and offer rebuttal testimony to Plaintiff's economic expert, Erick West. Mr. Van Zandt's opinions are outlined in his expert report. Mr. Van Zandt is not available October 19, but is otherwise available for the currently scheduled trial dates.

### B. Jennifer Van Wey, Psy.D.

Dr. Van Wey may be called upon to testify about Plaintiff's alleged non-economic damages regarding emotional distress and related damages and offer rebuttal testimony to any testimony proffered by Plaintiff on this subject. Dr. Van Wey does not have any scheduling conflicts with the currently scheduled trial dates.

Defendant reserves the right to call any of the fact and/or expert witnesses listed by Plaintiff. Defendant also reserves the right to supplement this list with rebuttal witnesses whose necessity and/or testimony cannot be reasonably foreseen at this time.

# TRIAL EXHIBITS

Defendant identifies the following exhibits which may be offered at trial. The County reserves the right to amend this list, to add additional exhibits, to withdraw exhibits, and/or to offer rebuttal exhibits or exhibits identified by Plaintiff. Defendant may also utilize demonstrative exhibits, impeachment exhibits, or exhibits used to refresh witness recollection. Those exhibits have not been identified here since they cannot reasonably be anticipated at this time.

DEFENDANT'S REPLY ISO MOTION FOR SUMMARY JUDGMENT - 5
CASE NO. 2:21-cv-00129-SMJ
132724.0005/9066860.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| Exhibit No. | Bates No. | Date | Description |
|---|---|---|---|
| 501 | SC_Richmond_048675-SC_Richmond_048676 | 2017-03-20 | Sheriff's Office Policy Acknowledgement Certificate, signed by Richmond, Andrew on 03-20-2017 and 03-14-2017 |
| 502 | SC_Richmond_048303-SC_Richmond_048308 | 2018-01-15 | Request for Specialty Team Assignment or Position Transfer by Richmond, Andrew, approved 01-15-2018 |
| 503 | KPD 000056-KPD 000060 | 2018-10-10 | Email from Richmond, Andrew to Lenkersdorfer, Tausha re Application to City of Kennewick - Redacted |
| 504 | SC_Richmond_049312-SC_Richmond_049354 | 2018-12-11 | Resolution, Board of Commissioners of Spokane County, Washington, No. 18-0940 and Collective Bargaining Agreement |
| 505 | None | 2019-12-00 | IRS Wage and Income Transcript, December 2019 for Richmond, Andrew[1] |
| 506 | Richmond002065-2079 | 2019-00-00 | 2019 Tax Return -Redacted |
| 507 | SC_Richmond_039140-SC_Richmond_039144 | 2019-03-14 | Spokane County Sheriff's Office Policy Manual, Policy 328 - Discriminatory Harassment |
| 508 | SC_Richmond_039171-SC_Richmond_039182 | 2019-03-14 | Spokane County Sheriff's Office Policy Manual, Policy 340 - Standards of Conduct |
| 509 | SC_Richmond_039549-39557 | 2019-03-14 | Spokane County Sheriff's Office Policy Manual, Policy 1020 - Personnel Complaints |

---

[1] Defendants will redact PII from this document but are awaiting a version from Plaintiff that is not locked so that it can be redacted.

DEFENDANT'S REPLY ISO MOTION FOR SUMMARY JUDGMENT - 6
CASE NO. 2:21-cv-00129-SMJ
132724.0005/9066860.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| | | | |
|---|---|---|---|
| 510 | None | 2019-03-31 | City of Spokane Employment Application of Richmond Andrew - Redacted |
| 511 | None | 2019-04-05 | Email from Richmond, Andrew to Heath, Tisha attaching Training and Experience form - Redacted |
| 512 | SC_Richmond_041878-SC_Richmond_041881 | 2019-04-29 | Spokane County Sheriff's Office Policy Manual, Policy 1004 - Promotional, Specialized Assignment and Transfer Policy |
| 513 | SC_Richmond_041885-SC_Richmond_041887 | 2019-04-29 | Spokane County Sheriff's Office Policy Manual, Policy 1008 - Anti-Retaliation |
| 514 | SC_Richmond_048094-SC_Richmond_048117 | 2019-05-08 | Transcript of Interview of Deputy Richmond, Andrew IA #2019-0014 |
| 515 | SC_Richmond_063185 | 2019-05-08 | Audio Recording of Interview of Deputy Richmond, Andrew IA #2019-0014 |
| 516 | SC_Richmond_048436-SC_Richmond_048437 | 2019-05-08 | Member Complaint Notification to Thurman, Jeff re IA #2019-0014 |
| 517 | SC_Richmond_048438 | 2019-05-08 | Rights/Responsibilities of Members to Thurman re IA #2019-0014 |
| 518 | SC_Richmond_048439 | 2019-05-08 | Memo from Undersheriff, Nowels to Thurman, Jeff re Paid Administrative Leave Information and Guidelines |
| 519 | SC_Richmond_049186 | 2019-05-10 | Email from Nowels, John to All Commissioned Staff re Thurman Administrative Leave |
| 520 | SC_Richmond_048406-SC_Richmond_048419 | 2019-05-21 | Transcript of Interview of Richmond, Andrew, IA #2019-0014 |

DEFENDANT'S REPLY ISO MOTION FOR SUMMARY JUDGMENT - 7
CASE NO. 2:21-cv-00129-SMJ
132724.0005/9066860.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| 521 | SC_Richmond_063180 | 2019-05-21 | Audio Recording of Interview of Deputy Richmond, Andrew IA #2019-0014 |
|---|---|---|---|
| 522 | SC_Richmond_063177 | 2019-05-21 | Video Recording of Interview of Deputy Richmond, Andrew IA #2019-0014 |
| 523 | SC_Richmond_048440 | 2019-05-29 | Amended Member Complaint Notification to Thurman, Jeff from Sergeant Hines re IA #2019-0014 |
| 524 | SC_Richmond_054720-SC_Richmond_054721 | 2019-06-00 | Job Description for SSTF Investigator |
| 525 | SC_Richmond_054620-SC_Richmond_54624 | 2019-06-00 | Richmond, Andrew letter to Kittilstved, Mike re application to Safe Streets Task Force |
| 526 | SC_Richmond_048499-SC_Richmond_048503 | 2019-06-03 | Compelled Administrative Report, Sergeant Thurman, Jeffrey, I.A., # 2019-0014 |
| 527 | None | 2019-06-05 | CAD History Excerpt for Richmond, Andrew 6-5-19 through 8-10-19 |
| 528 | SC_Richmond_048007-SC_Richmond_048032 | 2019-06-07 | Investigative Report of Sergeant Hines, Tim, IA No. 2019-0014 |
| 529 | SC_Richmond_049184-SC_Richmond_049185 | 2019-06-13 | Memorandum from Knezovich, Ozzie re Posting of Disciplinary Action |
| 530 | SC_Richmond_049197-SC_Richmond_049202 | 2019-06-13 | Demotion and Termination letter from Sheriff Knezovich, Ozzie to Sergeant Thurman, Jeff, Case Finding Notice |
| 531 | SC_Richmond_054625 | 2019-06-21 | Email from Kittilstved, Mike to Richmond, Andrew re Availability for SSTF Interviews |
| 532 | Richmond_048669 | 2019-07-29 | Resignation Letter from Richmond, Andrew to Knezovich, Ozzie |

DEFENDANT'S REPLY ISO MOTION FOR SUMMARY JUDGMENT - 8
CASE NO. 2:21-cv-00129-SMJ
132724.0005/9066860.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| 533 | SC_Richmond_048532-SC_Richmond_048534 | 2019-08-07 | Administrative Report of Lieutenant Jones, Stephen, I.A. # 2019-0023 |
| 534 | Richmond002101 | 2019-08-07 | City of Spokane hiring letter to Richmond, Andrew |
| 535 | None | 2020-12-00 | IRS Wage and Income Transcript, December 2020 for Richmond, Andrew[2] |
| 536 | SC_Richmond_048985-48987 | 2020-04-06 | EEOC Charge of Discrimination by Richmond, Andrew - Redacted |
| 537 | None | 2022-06-22 | City of Spokane Statement of Compliance with Records Request |
| 538 | Richmond002097-2099 | 2019-12-20; 2020-12-31; 2021-12-03 | City of Spokane Pay Stubs for Richmond, Andrew |
| 539 | Richmond002092-Richmond002096 | 0000-00-00 | Background of Richmond, Andrew |
| 540 | SC-Richmond_049629-49630 | 0000-00-00 | Richmond Shift Bids |
| 541 | SC_Richmond_056229 | 0000-00-00 | Spokane County Deputy Overtime Data 2018-2021 |
| 542 | SC_Richmond_056576 | 0000-00-00 | City of Spokane Overtime Data and public records request documentation |
| 543 | Richmond002102 | 0000-00-00 | Washington State Department of Retirement Systems, Service Credit Detail for Richmond, Andrew |

---

[2] Defendants will redact PII from this document but are awaiting a version from Plaintiff that is not locked so that it can be redacted.

DEFENDANT'S REPLY ISO MOTION FOR SUMMARY JUDGMENT - 9
CASE NO. 2:21-cv-00129-SMJ
132724.0005/9066860.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| 544 | MVHS 000056-MVHS 000059 | 1/30/2017 | Rockwood Integrated Sports Medicine Visit Notes-Redacted |

DATED: August 5, 2022

LANE POWELL PC

By:  *s/Michael T. Kitson*
Michael T. Kitson, WSBA No. 41681
Sean D. Jackson, WSBA No. 33615
Riley R. Moyer, WSBA No. 56243
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
kitsonm@lanepowell.com
jacksons@lanepowell.com
moyerr@lanepowell.com
Attorneys for Defendant, Spokane County

DEFENDANT'S REPLY ISO MOTION FOR SUMMARY JUDGMENT - 10
CASE NO. 2:21-cv-00129-SMJ
132724.0005/9066860.1