Heather C. Barden, WSBA #49316
Barden & Barden
P.O. Box 8663
Spokane, WA 99203
509.315.8089 (P)
509.381.2159 (F)
heather@bardenandbarden.net

Beth Bloom, WSBA #31702
Jay Corker Free, WSBA #51393
Bloom Law PLLC
3827C South Edmunds Street
Seattle, Washington 98118
Telephone: (206) 323-0409
bbloom@bloomlawpllc.com
jfree@bloomlawpllc.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW M. RICHMOND, a Washington Resident,<br><br>Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY, a Washington State County<br><br>Defendant. | No. 2:21-cv-00129-SMJ<br><br>**PLAINTIFF'S TRIAL AND WITNESS EXHIBIT LIST** |

PLAINTIFF'S TRIAL AND WITNESS EXHIBIT LIST: 1

Pursuant to the Court's Jury Trial Scheduling Order, ECF No. 70, Plaintiff, through their attorneys of record, identifies the following list of trial witnesses and exhibits. Plaintiff reserves the right to (1) supplement this list based on Defendant's disclosures, (2) use any exhibits or witnesses identified on the Defendant's list, and (3) supplement this list as appropriate. Plaintiff also reserves the right to display visual and illustrative/demonstrative materials to aid the jury in understanding the testimony. Plaintiff also reserves the right to offer rebuttal exhibits and witnesses, to withdraw exhibits, and to use impeachment exhibits and witneses or exhibits to refresh witness recollection.

## **EXHIBITS**

| Exhibit Number | Description |
| --- | --- |
| 1 | KHQ News Article Deputy talks man of Monroe Street Bridge SC_Richmond 003712-003713 |
| 2 | Resolution executing SCSO SCBA SC_Richmond 049312 |
| 3 | SCSO Member Complaint Notifications for IA 2019-0014 SC_Richmond 048055-048080 |
| 4 | Internal Affairs ("IA") interview transcript Tyler Kullman SC_Richmond 047978-047998 |
| 5 | IA audio recorded interview Tyler Kullman SC_Richmond 063184 |

PLAINTIFF'S TRIAL AND WITNESS EXHIBIT LIST: 2

| 6 | IA interview transcript Randy Watts SC_Richmond 048517-048531 |
|---|---|
| 7 | IA audio recorded interview Randy Watts SC_Richmond 063181 |
| 8 | IA interview transcript Jeffrey Thurman SC_Richmond 048487-048498 |
| 9 | IA video recorded interview Jeffrey Thurman SC_Richmond 063196 |
| 10 | IA interview transcript Veronica Van Patten SC_Richmond 048504-048516 |
| 11 | IA video recorded interview Veronica Van Patten SC_Richmond 063178 |
| 12 | IA interview transcript Andrew Richmond SC_Richmond 048378-048401 |
| 13 | IA audio recorded interview Andrew Richmond SC_Richmond 049449 |
| 14 | IA interview transcript Andrew Richmond SC_Richmond 048406-048419 |
| 15 | IA video recorded interview Andrew Richmond SC_Richmond 063177 |
| 16 | IA interview transcript Damon Simmons SC_Richmond 048468-048478 |
| 17 | IA video recorded interview Damon Simmons SC_Richmond 063175 |
| 18 | IA interview transcript Andrew Buell SC_Richmond_047913-20 |
| 19 | IA video recorded interview Andrew Buell SC_Richmond_063172 |
| 20 | SCSO Memo dated June 13, 2019 SC_Richmond 049184-049185 |
| 21 | Newspaper Article "Deputy fired for racist comment" SC_Richmond 049388-049391 |
| 22 | Sheriff Video Termination of Thurman Richmond003715 |

PLAINTIFF'S TRIAL AND WITNESS EXHIBIT LIST: 3

| 23 | SCSO Anti-retaliation policy SC_Richmond SC_Richmond 041885 |
|---|---|
| 24 | SCSO Standards of Conduct Policy SC_Richmond 041525-041536 |
| 25 | SCSO Discriminatory Harassment policy SC_Richmond 041494-041498 |
| 26 | SCSO Code of Ethics and Vision Statement SC_Richmond 041349-041352 |
| 25 | SCSO Organizational Structure and Responsibility policy SC_Richmond 039905-039907 |
| 26 | NAACP News Article SCSO Culture Audit Richmond003704-003711 |
| 27 | SCSO Culture Audit 2021 Richmond003697 |
| 28 | Video Sheriff Town Hall Report Richmond003714 |
| 29 | Thurman, Ellis and Bloomer picture Richmond001467 |
| 30 | Thurman and SCSO Deputies off duty Richmond001485 |
| 31 | Thurman and SCSO Deputies at bar Richmond002091 |
| 32 | Richmond Commissioned Richmond002547 |
| 33 | Richmond with Father Richmond002555 |
| 34 | Richmond Deputy picture Richmond002550 |
| 35 | Kullman flag picture Richmond002421 |
| 36 | Richmond family picture Richmond002546 |
| 37 | Richey text messages Richmond001452 |
| 38 | Richmond grandmother picture – police graduation Richmond003716 |
| 39 | Video tire slashing Richmond003717 |
| 40 | Picture tire slashing Richmond003718 |

PLAINTIFF'S TRIAL AND WITNESS EXHIBIT LIST: 4

| 41 | SCSO Personnel Complaints Policy SCSO_Richmond_039549-57 |
|---|---|
| 42 | 2019-21 CBA SC_Richmond_049312-54 |
| 43 | Notice of Disciplinary Action SC_Richmond_049197-202 |
| 44 | Resignation letter SC_Richmond_049045 |
| 45 | Safe Streets Task Force Recommendation SC_Richmond_49035-36 |
| 46 | Chart of Economic Damages (Erik West) (dated 12/21/21- will update before trial) |

### **LAY WITNESSES**

1. **Plaintiff Andrew Richmond**:

   Mr. Richmond may testify regarding topics covered in his deposition and declaration and discovery answers to Defendant, the facts underlying his claims, and his damages, his employment at the SCSO, including without limitation: interaction with employees and supervisors at the SCSO in relation to his legal claims of hostile work environment ("HWE"). Mr. Richmond will testify about the HWE he experienced while on duty as a deputy from his SCSO supervisor at the time, Jeffrey Thurman including but not limited to: unfavorable treatment he received compared to white deputies. Mr. Richmond will testify about Mr. Thurman engaging in racist conduct. Mr. Richmond will testify about the retaliation he received as the complaint of discrimination and racist conduct in the workplace, including but not limited to: involuntary transfer, shunning, ostracization, accusations of terminable misconduct i.e., domestic violence, sex on duty with SCSO employees and threatening to sue SCSO. Mr. Richmond may testify regarding his damages as they relate to the discriminatory and retaliatory mistreatment he received by SCSO.

2. **Katie Richmond**:

   Mrs. Richmond is Mr. Richmond's wife. She may testify regarding topics covered in her deposition and discovery answers to Defendant, her knowledge of

PLAINTIFF'S TRIAL AND WITNESS EXHIBIT LIST: 5

retaliation against Plaintiff, her knowledge of the discrimination and hostile work experience suffered by Plaintiff, and Plaintiff's damages, including emotional damages.

**3. Veronica Van Patten, SCSO Deputy**:

Deputy Van Patten may testify to her experiences as a SCSO officer, her knowledge of Mr. Thurman's racist conduct, SCSO's culture, retaliation, accusations against her and Mr. Richmond, topics covered in her deposition discovery answers to Defendant, Mr. Richmond's damages, SCSO's policies and practices including but not limited to chain of command at SCSO, the Valley and Downtown Precincts, and Mr. Richmond's time as a SCSO employee.

**4. Damon Simmons, Chief of Liberty Lake Police Department**

Chief Simmons may testify regarding his experiences as a SCSO officer, policies and practices at SCSO and police agencies, his employment at the SCSO, including without limitation his knowledge of treatment to Plaintiff by SCSO employees and supervisors, SCSO's blue wall of silence, SCSO's culture (including of retaliation and discrimination), Plaintiff's damages, and Plaintiff's disclosures to Chief Simmons.

**5. Brad Richmond, Chief of Police Airway Heights Police Department:**

Chief Richmond, Mr. Richmond's father, may testify regarding his experiences at the SCSO, topics covered in his deposition, his employment at SCSO, his knowledge of policies and practices at SCSO and other agencies, SCSO's blue wall of silence, and knowledge of treatment to Plaintiff by SCSO employees and supervisors at SCSO and SCSO's culture of retaliation for reporting misconduct by deputies. Chief Richmond may testify (while he was employed at SCSO) to his knowledge of SCSO's policies and practices regarding, including but not limited to, internal affair ("IA") investigations, anti-retaliation, anti-discrimination and SCSO chain of command. Chief Richmond may testify regarding Plaintiff's damages.

PLAINTIFF'S TRIAL AND WITNESS EXHIBIT LIST: 6

6. **Timothy Hines:**

Mr. Hines, a former SCSO Sergeant, may testify regarding his experiences at the SCSO, his knowledge of the blue wall of silence at SCSO, SCSO's culture (including of retaliation), SCSO's policies and practices, and safety concerns for deputies that report misconduct. Mr. Hines may testify (while he was employed at SCSO) to his knowledge of SCSO's policies and practices regarding, including but not limited to, IA investigations that he conducted, retaliation, discrimination and chain of command at SCSO. Mr. Hines may testify regarding his investigation into Mr. Richmond's allegations to Internal Affairs.

7. **SCSO Sergeant Andrew Buell:**

Sergeant Buell may testify to his experiences at SCSO, personal knowledge and experiences with Mr. Thurman's racist conduct and knowledge of Mr. Thurman's racist conduct before he was promoted to Sergeant as Plaintiff's platoon supervisor, specifically Mr. Thurman's comment "Are you ready to kill some [n-words] tonight or what?" reported to him by Plaintiff. Sergeant Buell may testify regarding his knowledge of SCSO's policies and practices of reporting discrimination and racism in the workplace as a Sergeant supervisor at SCSO. Sergeant Buell may testify regarding his knowledge of Mr. Richmond's time as a police officer at SCSO.

8. **SCSO Undersheriff John Nowels:**

Undersheriff Nowels may testify about Mr. Thurman's promotion to Sergeant. Undersheriff Nowels may testify to his personal knowledge of Plaintiff's transfer to the Downtown Spokane Precinct at SCSO in 2019. Undersheriff Nowels may testify about the retaliation Plaintiff received for reporting Mr. Thurman's discrimination and racist conduct, including but not limited to: involuntary transfer, accusations of terminable misconduct and domestic violence, and accusations of sex on duty with SCSO employees. Undersheriff Nowels may testify regarding his knowledge of SCSO's policies and practices of reporting and investigating discrimination and retaliation in the workplace as an Undersheriff

PLAINTIFF'S TRIAL AND WITNESS EXHIBIT LIST: 7

(commander) at SCSO. Undersheriff Nowels may testify regarding Thurman's history at the SCSO.

9. **SCSO Undersheriff David Ellis:**

Undersheriff Ellis may testify to his experiences at the SCSO, his personal knowledge of Mr. Thurman's racist conduct, his relationship with Mr. Thurman, SCSO policies and practices, retaliation against Plaintiff, SCSO's policies and practices of reporting and investigating discrimination and retaliation in the workplace as an Undersheriff (commander) at SCSO.

10. **Sheriff Ozzie Knezovich:**

Sheriff Knezovich may testify about his experiences at the SCSO, including without limitation his knowledge of Thurman's racist conduct, retaliation against Plaintiff, Thurman's history at the SCSO. Sheriff Knezovich may testify regarding his knowledge of SCSO's policies and practices of reporting and investigating discrimination and retaliation in the workplace as a Sheriff (commander) at SCSO.

11. **Matt Lyons:**

Mr. Lyons, a former SCSO inspector, may testify about his experiences at the SCSO, including without limitation the Command Staff meeting that occurred when Mr. Thurman was placed on administrative leave in 2019 where Matt Lyons stated that Mr. Thurman's conduct was not an SCSO policy violation. Mr. Lyons may testify to his personal knowledge of the retaliation Plaintiff received for reporting Mr. Thurman's discrimination and racist conduct, including but not limited to: accusations of terminable misconduct i.e., domestic violence, sex on duty with SCSO employees and threatening to sue SCSO. Mr. Lyons may testify to the Command Staff meeting that occurred shortly after Mr. Thurman was terminated from SCSO and the discussion of rumors of terminable misconduct spread throughout SCSO about Plaintiff. Mr. Lyons may testify regarding his knowledge of SCSO's policies and practices of reporting and investigating

PLAINTIFF'S TRIAL AND WITNESS EXHIBIT LIST: 8

discrimination and retaliation in the workplace as a former member of Command Staff at SCSO.

**12. Mark Werner:**

Mr. Werner, a former SCSO Undersheriff, may testify about his experiences at the SCSO, including without limitation the Command Staff meeting that occurred when Mr. Thurman was placed on administrative leave in 2019 where Matt Lyons stated that Mr. Thurman's use of the "n-word" was not an SCSO policy violation. Mr. Werner may testify to his personal knowledge of the retaliation Plaintiff received for reporting Mr. Thurman's discrimination and racist conduct, including but not limited to: accusations of terminable misconduct i.e., domestic violence, sex on duty with SCSO employees and threatening to sue SCSO. Mr. Werner may testify to the Command Staff meeting that occurred shortly after Mr. Thurman was terminated from SCSO and the discussion of rumors of terminable misconduct spread throughout SCSO about Plaintiff. Mr. Werner may testify regarding his knowledge of SCSO's policies and practices of reporting and investigating discrimination and retaliation in the workplace as a former member of the Command Staff at SCSO.

**13. Deputy Beau Vucinich:**

Deputy Vucinich may testify to topics covered in his deposition as well as his experiences at the SCSO, including without limitation his interactions and relationship with Thurman and his history as a police officer.

**14. SCSO Sergeant Randy Watts:**

Sergeant Watts may testify to topics covered in his deposition as well as his experiences at the SCSO, including without limitation his knowledge of Thurman's racist conduct and his experiences with Plaintiff, including conversations with Plaintiff regarding Thurman—as well as his relationship with Thurman.

PLAINTIFF'S TRIAL AND WITNESS EXHIBIT LIST: 9

15. **SCSO Deputy Tyler Kullman:**

   Sergeant Watts may testify to topics covered in his deposition as well as his experiences at the SCSO, including without limitation his knowledge of Thurman's conduct and his experiences with Plaintiff, including conversations with Plaintiff regarding Thurman, and retaliation against Plaintiff—as well as his relationship with Thurman and his use of a confederate flag.

16. **SCSO Sergeant Pat Bloomer:**

   Sergeant Bloomer may testify to topics covered in his deposition as well as his experiences at the SCSO, including without limitation his knowledge of Thurman's conduct and his experiences with Plaintiff, including conversations with Plaintiff regarding Thurman, and retaliation against Plaintiff—as well as his relationship with Thurman.

17. **Dr. Sharie Clarke, Vice President for Diversity and Senior Diversity Officer at Eastern Washington University.**

   Dr. Clarke may testify regarding the Cultural Audit of the Spokane County Sheriff's Office, including without limitation the process of the audit and the results of the audit.

18. **Michael Reid, Lead Auditor of Cultural Audit at SCSO.**

   Mr. Reid may testify regarding the Cultural Audit of the Spokane County Sheriff's Office, including without limitation the process of the audit and the results of the audit.

**EXPERT WITNESSES**

1. **David T. Sweeney:**

   Mr. Sweeney may testify relating to his qualifications and experience in law enforcement employer relations, including but not limited to IA investigations

PLAINTIFF'S TRIAL AND WITNESS EXHIBIT LIST: 10

and policies and practices in law enforcement regarding anti-discrimination and anti-retaliation. Mr. Sweeney may be called to testify regarding Defendant's behavior towards the Plaintiff in relation to law enforcement industry standards in IA investigations and policies and practices. Mr. Sweeney may also testify to any other subjects or opinions referenced in his report and/or subsequent deposition testimony, including reasonable inferences that may arise.

**2. Erick West, M.A.:**

Mr. West may testify relating to his qualifications and experience as a forensic economist. Mr. West may be called to testify regarding Plaintiff's economic damages related to the present case. Mr. West may also testify to any other subjects or opinions referenced in his report and/or subsequent deposition testimony, including reasonable inferences that may arise.

**3. Ira McMorris, MA, LMHC, CDP:**

Mr. McMorris is a treating provider of Plaintiff's and has been since June 2021. Mr. McMorris may testify to Plaintiff's compounded mental health related to his work environment at SCSO. Mr. McMorris may be called to testify the negative impact on Plaintiff's psychological health related to SCSO's severe mistreatment. the Plaintiff reserves the right to solicit testimony from Mr. McMorris as to any matter within the realm of his expertise that is reasonably related to the issues pending in this lawsuit. Mr. McMorris may also testify to any other subjects or opinions referenced in his deposition testimony, including reasonable inferences that may arise.

## **RESERVATIONS**

Plaintiff reserves their right to amend this list as described above.

Dated this 5th day of August, 2022

PLAINTIFF'S TRIAL AND WITNESS EXHIBIT LIST: 11

1
2
3                                               s/ *Heather C. Barden*
                                                Heather C. Barden, WSBA #49316
4                                               Barden & Barden PLLC
5                                               heather@bardenandbarden.net
                                                Phone 509-315-8089
6                                               Fax 509-381-2159
7
8
    BLOOM LAW PLLC
9
10
                                                By:  /s/ Jay Corker Free
11                                              Beth Bloom WSBA #31702
12                                              Jay Corker Free, WSBA #51393
13                                              3827C South Edmunds Street
14                                              Seattle, Washington 98118
                                                Telephone: (206) 323-0409
15                                              E-mail:  bbloom@bloomlawpllc.com
16                                                       jfree@bloomlawpllc.com
17
18
19                                              *Attorneys for Plaintiff Andrew Richmond*
20
21
22
23
24
25
26
27
28
29
30
31

PLAINTIFF'S TRIAL AND WITNESS EXHIBIT LIST: 12