Michael T. Kitson, WSBA No. 41681
Sean D. Jackson, WSBA No. 33615
Riley R. Moyer, WSBA No. 56243
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
Facsimile:  206.223.7107
kitsonm@lanepowell.com
jacksons@lanepowell.com
moyerr@lanepowell.com
Attorneys for Defendant, Spokane County

HONORABLE SALVADOR MENDOZA JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| ANDREW M. RICHMOND, a Washington Resident,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SPOKANE COUNTY, WASHINGTON, a Washington State County,<br><br>　　　　　　　Defendant. | No.  2:21-cv-00129-SMJ<br><br>**JOINT STATUS REPORT RE PROPOSED DATES AND DEADLINES** |

At the Court's request (ECF No. 111), the parties hereby submit this Joint Status Report proposing a new trial date and proposed pre-trial deadlines:

JOINT STATUS REPORT RE PROPOSED DATES AND DEADLINES - 1
CASE NO. 2:21-cv-00129-SMJ

132724.0005/9103395.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

## I. PROPOSED TRIAL DATE AND PRE-TRIAL DEADLINES

The parties have agreed on a proposed trial date of March 6, 2023[1]. The proposed deadlines from the Amended Case Schedule (ECF No. 70) that have not passed are keyed off of the trial date in similar increments as the deadlines under the Amended Case Schedule.

| | |
|---|---|
| Deadline for parties to file (stipulated or separate) motion seeking additional discovery | November 4, 2022 |
| Witness and exhibit lists:<br><br>Supplemental lists (if any) filed and served:[2]<br><br>Objections filed and served: | January 6, 2023<br><br>January 13, 2023 |

---

[1] Defendants' counsel is currently set to be in trial in Spokane County Superior Court from November 28, 2022 through the end of January 2023.

[2] The parties previously filed and served witness and exhibit lists on August 12, 2022 pursuant to the Court's Amended Scheduling Order. ECF No. 70. The parties agree that the prior witness and exhibit lists should be the operative witness and exhibit lists, but the parties also agree there may be a need to designate additional witnesses or exhibits if additional relevant evidence is determined through additional discovery.

JOINT STATUS REPORT RE PROPOSED DATES AND DEADLINES - 2
CASE NO. 2:21-cv-00129-SMJ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132724.0005/9103395.1

| | |
|---|---|
| Deposition designations:<br><br>　Any supplemental designated transcripts served:[3]<br><br>　Cross-designations served:<br><br>　Objections filed and served: | January 6, 2023<br><br>January 20, 2023<br><br>January 27, 2023 |
| All motions *in limine* filed | January 13, 2023 |
| Joint Proposed Pretrial Order filed and emailed to the Court | January 18, 2023 |
| Confer with Courtroom Deputy regarding JERS | 1 Week Before Pre-trial Conference |
| **PRETRIAL CONFERENCE** | February 7, 2023 |
| Trial briefs, jury instructions, verdict forms, requested *voir dire*, and list of exhibits admitted without objection, filed, and emailed to the Court | February 24, 2023 |
| Exhibits for Trial | 2 Weeks Before Trial |
| **FINAL PRETRIAL CONFERENCE** | March 6, 2023 - 9:30 am |
| **JURY TRIAL** | March 6, 2023 – 9:00 am |

---

[3] The parties previously filed and served deposition designations pursuant to the Court's Amended Scheduling Order. ECF No. 70. The parties agree that no additional deposition testimony from depositions that were previously taken can be designated. However, if additional depositions are conducted, the parties agree that they should be permitted to designate additional deposition testimony.

JOINT STATUS REPORT RE PROPOSED DATES
AND DEADLINES - 3
CASE NO. 2:21-cv-00129-SMJ

132724.0005/9103395.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Dated this 19th day of August 2022.

| | |
|---|---|
| BARDEN & BARDEN | BLOOM LAW PLLC |
| | |
| By: *s/Heather C. Barden* | By: *s/Jay Corker Free* |
| Heather C. Barden, WSBA No. 49316 | Beth Bloom, WSBA No. 31702 |
| P.O. Box 8663 | Jay Corker Free, WSBA No. 51393 |
| Spokane, WA 99203 | 3827-C South Edmunds Street |
| Telephone: 509.315.8089 | Seattle, WA 98118 |
| heather@bardenandbarden.net | Telephone: 206.323.0409 |
| *Attorneys for Plaintiff* | jfree@bloomlawpllc.com |
| | bbloom@bloomlawpllc.com |
| | *Attorneys for Plaintiff* |

LANE POWELL PC

By: *s/Michael T. Kitson*
Michael T. Kitson, WSBA No. 41681
Sean D. Jackson, WSBA No. 33615
Riley R. Moyer, WSBA No. 56243
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
kitsonm@lanepowell.com
jacksons@lanepowell.com
moyerr@lanepowell.com
*Attorneys for Defendant, Spokane County*

JOINT STATUS REPORT RE PROPOSED DATES
AND DEADLINES - 4
CASE NO. 2:21-cv-00129-SMJ

132724.0005/9103395.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107