UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW M. RICHMOND, a Washington Resident,<br><br>      Plaintiff,<br><br> v.<br><br>SPOKANE COUNTY, WASHINGTON, a Washington State County,<br><br>      Defendant. | NO: 2:21-CV-0129-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice. ECF No. 128. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that all claims asserted by Plaintiff against Defendant in the above-captioned matter shall be dismissed with prejudice, with each party to bear its own costs, expenses, and attorney fees. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 128, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims asserted by Plaintiff against Defendant in the above-captioned matter are **DISMISSED with prejudice**, with each party to bear its own costs, expenses, and attorney fees.

3. All pending deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 2, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2