AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 02, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ANDREW M. RICHMOND, a Washington resident, *Plaintiff* <br> v. <br> SPOKANE COUNTY, WASHINGTON, a Washington State County, *Defendant* | Civil Action No. 2:21-CV-0129-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All claims asserted by Plaintiff against Defendant in the above-captioned matter are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

pursuant to the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 128.

Date: June 2, 2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen